# PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2020

SEAN F. McAVOY, CLERK

DEFENDANT NAME:  **MICHAEL THOMAS MATTERN**

TOTAL NO. COUNTS:  **1**

**VIO:** Title 21, U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine

PENALTY: **CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
$100 special penalty assessment;
Denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a**

CASE NO.  2:20-mj-00275-JTR

AUSA INITIAL:  DMH