# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- MICHAEL THOMAS MATTERN, Defendant. | Case No. 2:20-CR-0096-RMP-1<br>**CRIMINAL MINUTES**<br>DATE: JANUARY 26, 2021<br>LOCATION: SPOKANE VIDEO<br>**CHANGE OF PLEA HEARING** |
|---|---|

| **Hon. Rosanna Malouf Peterson** | | |
|---|---|---|
| Penny Lamb<br>**Courtroom Deputy** | LC1<br>**Law Clerk** | Kimberly Allen<br>**Court Reporter** |
| David M. Herzog<br>**Government Counsel** | | Richard L. Mount and Stanley F. Corbit<br>**Defense Counsel** |
| **United States Probation Officer:** | Cassie Lerch (via telephone) | |

**[ X ] Open Court**  **[ ] Chambers**  **[ X ] Telecon**

Defendant present not in custody of United States Marshal with appointed counsel. Due to the current COVID-19 public health crisis, all parties including Defendant, appeared via video conference. The Court obtained Defendant's verbal consent to proceedings by video. Court confirmed with Defendant that he was considering pleading guilty to Count 1 of the Indictment at this time.

Defendant was sworn in under oath. Signed Plea Agreement was provided to the Court for filing prior to commencement of the hearing. Court engaged Defendant in a colloquy regarding charges and advised Defendant he has a right to go to trial. Court advised Defendant of Constitutional Rights given up by plea of guilty. Government counsel set forth the elements that would need to be proven to obtain a conviction. Defendant entered a guilty plea. The Court accepted Defendant's plea of guilty to Count 1 of the Indictment and a Presentence Investigation Report was ordered.

Sentencing set for **April 9, 2021, at 10:00 a.m. via video conference**. Defendant shall **REMAIN RELEASED** as previously ordered.

**[ X ] ORDERS FORTHCOMING**

| CONVENED: 9:28 A.M. | ADJOURNED: 9:52 A.M. | TIME: 0:24 HR. | CALENDARED [ X ] |
|---|---|---|---|