PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

United States of America )
)
vs )
)
Michael Thomas Mattern )

Case No. 2:20CR00096-RMP-1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2021

SEAN F. McAVOY, CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Thomas Mattern, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On July 22, 2020, Mr. Mattern was ordered to be released from custody under conditions of pretrial release supervision. Additional condition number 28 of Mr. Mattern's release order requires him to be supervised by the U.S. Probation/Pretrial Services Office with the use of location monitoring equipment and a curfew.

While under pretrial release supervision with the use of global positioning system (GPS) monitoring and a curfew, Mr. Mattern has maintained regular communication with the undersigned officer. He attends substance abuse and mental health treatment. Additionally, Mr. Mattern is reportedly employed with an online delivery service.

It should be noted that one petition alleging noncompliance was submitted to the Court on October 22, 2020. The petition alleged Mr. Mattern tested positive for the presence of marijuana and also allegedly violated his curfew on one occasion. The Court took no action at that time.

Based on Mr. Mattern's overall compliance with pretrial release supervision, it appears it is no longer necessary to supervise Mr. Mattern through GPS monitoring and a curfew. Therefore, the undersigned officer respectfully recommends additional condition number 28 of Mr. Mattern's release order be removed.

The U.S. Attorney's Office did not object to the removal of additional condition number 28.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
|---|---|---|---|
| Michael Thomas Mattern | 1-29-21 | Erik Carlson | 1-29-21 |


I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    2/2/2021
Signature of Defense Counsel              Date

Richard Mount
_____

[X]    The above modification of conditions of release is ordered, to be effective on  2/3/2021.

[ ]    The above modification of conditions of release is not ordered.

_____    2/2/2021
Signature of Judicial Officer              Date

Rosanna Malouf Peterson