RICHARD L. MOUNT, WSBA No. 16096
Witherspoon • Kelley
422 West Riverside Avenue, #1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:  (509) 458-2728
E-mail: RLM@witherspoonkelley.com
Attorney for Defendant MICHAEL T. MATTERN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>MICHAEL T. MATTERN,<br><br>             Defendant. | Case No. 2:20-CR-00096-RMP-1<br><br>NOTICE OF REVIEW OF PRESENTENCE INVESTIGATION REPORT AND OBJECTIONS THERETO |

      Defendant Michael T. Mattern ("Mr. Mattern") by and through his court-appointed counsel, Richard L. Mount, respectfully submits the following Notice of Review of Presentence Investigation Report and Objections Thereto in response to the Draft Presentence Investigation Report prepared by the United States Probation Office and the United States Probation Officer Cassie Lerch ("Ms. Lerch") filed February 26, 2021.  Mr. Mattern's counsel has reviewed the PSIR with Mr. Mattern and has spoken with Ms. Lerch.  Mr. Mattern's counsel has addressed the factual corrections and objections of Mr. Mattern with Ms. Lerch and has requested factual

NOTICE OF REVIEW OF PRESENTENCE INVESTIGATION REPORT AND OBJECTIONS THERETO - 1

WK  WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

corrections for consistency with the facts contained in the discovery and the Presentence Investigation Interview of Mr. Mattern. Ms. Lerch and Mr. Mattern's counsel have resolved all factual corrections and potential objections to the Presentence Investigation Report.

DATED this 12th day of March 2021.

WITHERSPOON KELLEY


By:   /s/ Richard L. Mount
RICHARD L. MOUNT, WSBA No. 16096
Attorney for Defendant Michael T. Mattern

NOTICE OF REVIEW OF PRESENTENCE
INVESTIGATION REPORT AND OBJECTIONS
THERETO - 2



422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March 2021,

1. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System;

2. Email notification of such filing was sent to the following:

>David M. Herzog
>Assistant United States Attorney
>920 West Riverside Avenue, Suite 340
>Spokane, WA 99201
>USAWAE.dherzogECF@usdoj.gov
>David.herzog@usdoj.gov

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

>/S/ Richard L. Mount
>Richard L. Mount, WSBA No. 16096
>Attorney for MICHAEL T. MATTERN
>422 West Riverside Avenue, #1100
>Spokane, WA  99201-0300
>Telephone:  (509) 624-5265
>Facsimile:  (509) 458-2728
>E-mail:  rlm@witherspoonkelley.com

NOTICE OF REVIEW OF PRESENTENCE INVESTIGATION REPORT AND OBJECTIONS THERETO - 3



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728