PROB 12C
(6/16)

Report Date: April 10, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Thomas Mattern    Case Number: 0980 2:20CR00096-MKD-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99224-9472

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 2, 2021

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, Heroin and Bupenorphine (Suboxone), 21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(B)(viii), (b)(1)(C), (b)(1)(E)(I) | |
| Original Sentence: | Prison - 2 months<br>TSR - life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: September 10, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a summons.

On September 16, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Mattern as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Mattern allegedly violated the above-stated condition of supervision by using illicit controlled substances, specifically marijuana, on or about March 22, 2024.<br><br>On March 22, 2024, Mr. Mattern provided a urine sample with Pioneer Human Services which tested positive for THC. The urine specimen was confirmed positive by the laboratory on March 29, 2024. Mr. Mattern signed a denial form to consuming marijuana. |
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
**Re: Mattern, Michael Thomas**
**April 10, 2024**
Page 2

<u>**Supporting Evidence**</u>: Mr. Mattern allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically marijuana, on or about March 7 and 8, 2024.

On April 4, 2024, Mr. Mattern provided a urine sample in the U.S. Probation Office. The sample returned positive for THC. Mr. Mattern signed an admission form admitting to using CBD products on or about March 7 and 8, 2024. The urine specimen was confirmed positive by the laboratory on April 10, 2024.

3  <u>**Standard Condition # 9**</u>: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

<u>**Supporting Evidence**</u>: Mr. Mattern allegedly violated the above-stated condition of supervision by failing to notify the undersigned within 72 hours of his contact with the Spokane County Sheriff Office (SCSO) on March 5, 2024.

According to the SCSO incident report #2024-10031456, Mr. Mattern was contacted by a local law enforcement officer who responded to a domestic violence call in progress. Mr. Mattern was questioned during their investigation on what had transpired between him and his spouse. Mr. Mattern was released after questioning; however, he failed to report this law enforcement contact to the undersigned officer.

4  <u>**Special Condition #7**</u>: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by your supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

<u>**Supporting Evidence**</u>: Mr. Mattern allegedly violated the above-stated condition of supervision by consuming alcoholic beverages, on or about March 5, 2024.

According to the SCSO incident report #2024-10031456, Mr. Mattern was contacted by a local law enforcement officer who responded to a domestic violence call in progress. Mr. Mattern was questioned during their investigation in which he disclosed he had been consuming alcoholic beverages.

On March 13, 2024, Mr. Mattern was contacted by the undersigned officer. When questioned about his sobriety he disclosed he had relapsed with alcohol. Mr. Mattern reported to the U.S. Probation Office and signed a written admission form for his recent use of alcoholic beverages.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/10/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Mattern, Michael Thomas**
**April 10, 2024**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

April 10, 2024

Date